

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
AUG 23 2006
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ANTONIO LOPEZ-PATLAN, <br><br> Defendant. | No. 06-70508 RS <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER RULE 5 <br><br> SAN JOSE VENUE |

On August 22, 2006, the parties in this case appeared before the Court for a detention hearing. After Judge Vadas detained the defendant pending trial, the parties requested that a preliminary hearing or arraignment be scheduled for September 7, 2006 at 9:30 a.m. before the Honorable Judge Lloyd. Assistant Federal Public Defender Lara Vinnard explained to the Court that the defendant's attorney, AFPD Jay Rorty, is currently out of town and would be available for the September appearance. The defendant, through AFPD Vinnard, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure.

//

//

//

RECEIVED
AUG 23 2006
CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
No. 06-70508 RS                     1

SO STIPULATED:

KEVIN V. RYAN
United States Attorney

DATED:_____

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment be scheduled on September 7, 2006 at 9:30 a.m. before the Honorable Judge Lloyd. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

SO ORDERED.

DATED: 8/23/06

NANDOR J. VADAS
United States Magistrate Judge